No. 792. BOWLES *v.* LAWS ET AL. April 20, 1931. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. T. Morris Wampler* for

**842**

petitioner. No appearance for respondents.